# EXHIBIT A

***ARTIST LICENSING AGREEMENT***

*This Artist Licensing Agreement (the "AGREEMENT") is entered into effective this date, Jan 1, 2016 between Anne Klein of Fish Kiss, LLC ("ARTIST") and North Star Creations, LLC ("CLIENT"). All references to the Client in this Agreement shall include Client's parent companies, affiliates, and subsidiaries.* ***Scope of this Agreement.*** *This Agreement applies to any image, graphics, digital assets, or digital images created or taken by Artist and delivered to the Client (collectively known as "IMAGES"). This Agreement governs the relationship between the parties and in no communication or other exchange, shall modify the terms of this Agreement unless agreed to in writing.*

***Rights:*** *All Images and rights relating to them, including copyright and ownership rights in the media in which the Images are stored, remain the sole and exclusive property of the Artist. This license provides the Client with the limited right to reproduce, publicly display, and distribute the Images only for the agreed upon terms as set forth in the Client Invoice and signed by both parties. Images used for any purpose not directly related outside of those terms, must be with the express permission of Artist and may include the payment of additional fees, unless otherwise agreed to in writing. Images may contain copyright management information (CMI) at the discretion of the Artist in the form of either 1) a copyright notice © and/or 2) other copyright and ownership information embedded in the metadata or elsewhere, unless otherwise agreed to by the Parties. Removing and/or altering such information is prohibited and constitutes violation of the Digital Millennium Copyright Act (DMCA) and Client will be responsible to the Artist for any penalties and awards available under that statute.*

***Relationship of the Parties:*** *The parties agree that Artist is an independent contractor, and that neither Artist, nor Artist's employees or contract personnel are, or shall be deemed to be, employees of Client. No agency, partnership, joint venture, or employee-employer relationship is intended or created by this Agreement. Neither party is authorized to act as agent or bind the other party except as expressly stated in this Agreement. Artist and the Images or any other deliverables prepared by Artist shall not be deemed a work for hire as defined under Copyright Law. All rights granted to Client are contractual in nature and are expressly defined by this Agreement.*

***Creation:*** *Artist will work with Client to modify artwork as needed to best suit end product. Artist may provide written permission for Client to modify artwork accordingly if needed, with the final and timely consent of the Artist.*

***Sample Approval:*** *Artist will have the right to review new items for sample approval.*

***Product Packaging & Branding:*** *Final production of goods will include Fish Kiss, LLC branding, labeling and packaging. UPC codes, distribution information and RN registration will remain property and possession of Rooted by North Star Creations, LLC.*

***Delivery:*** *Artist may provide artwork in the following formats: .AI, .JPG, .TIF at a high resolution. It is the Client's responsibility to verify that the Images are suitable for reproduction and that if the Images are not deemed suitable, to notify the Artist.*

***Fees:*** *Client agrees to pay all agreed upon fees to Artist upon shipment of produced goods to retail clients. It is understood that these transactions occur between the months of July and October.*

***Exclusivity****: Client requests the right to license exclusivity for 1 calendar year for items specified on invoice.*

***Transfer and Assignment:*** *No amendment or waiver of any terms is binding unless in writing and signed by the parties.*

***Indemnification:*** *Artist will indemnify and defend Client against all claims, liability, damages, costs, and expenses, including reasonable legal fees and expenses, arising out of the creation or any use of the Images or materials furnished by Artist. It is the clear understanding of the Client that all works are the original creations of the Artist and that the Artist rightfully possesses full ownership of the artwork provided.*

***General Law/Arbitration:*** *This Agreement sets forth the entire understanding of the parties, and supersedes all prior agreements between the parties. This Agreement shall be governed, interpreted and enforced in accordance with the laws of the State of New Jersey. Any claim or litigation arising out of this Agreement or its performance may be commenced only in courts physically located in Burlington County, New Jersey and the parties hereby consent to the personal jurisdiction of such courts. In the event of any litigation arising out of or relating to this Agreement, the prevailing party shall be entitled to recover its attorneys' fees incurred in the litigation. If parties are unable to resolve the dispute, either party may request mediation and/or binding arbitration in a forum mutually agreed to by the parties.*

***Severability:*** *If one or more of the provisions in the Agreement is found invalid, illegal or unenforceable in any respect, the validity and enforceability of the remaining provisions shall not be affected. Any such provisions will be revised as required to make them enforceable.*

***Waiver:*** *No action of either party, other than in writing agreed to by the parties, may be construed to waive any provision of this Agreement and a single or partial exercise by either party of any such action will not preclude further exercise of other rights or remedies in this Agreement.*
*IN WITNESS WHEREOF, the parties have caused this Artist Licensing Agreement to be duly executed as of the dates written below.*
*North Star Creations, LLC*

*By:* ______________________ *Name: Bernadette Godwin*
*Title: Partner* *Date: January 1, 2016*

*Anne Klein, Fish Kiss LLC*

*By:* [signature] *Name:* Anne Klein

*Date:* 1-16-16

Invoice | Schedule of Artwork covered in this agreement

*The following images/artwork is covered in the discussion of the artist licensing agreement, signed on January 1, 2016.*

A| "State Designs". Includes all 50 states (designed as needed by buyers)

The following items will be produced utilizing "state designs" with noted royalty rates:

a) Christmas stockings – 15% of wholesale cost
b) Christmas tree skirts – 15% of wholesale cost
c) Adult kitchen aprons – 15% of wholesale cost
d) Cotton tea/dish towels – 15% of wholesale cost
e) Decorative pillows – 20% of wholesale cost. This item is not exclusive to Rooted by North Star Creations. Fish Kiss, LLC is free to manufacture and sell this item without limitations.

Royalty payments will be issued within 30 days of product shipment.

*North Star Creations, LLC*

*By:* ____________________ *Name: Bernadette Godwin*
*Title: Partner* *Date: December 8, 2015*

*Anne Klein, Fish Kiss, LLC*

*By:* [signature] *Name:* Anne Klein

*Date:* 1-1-16