# EXHIBIT B

# Fish Kiss | Royalties Statement

**Royalty Payment Period:** Jan 1, 2016 - March 31, 2016

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Tea Towels | $880.00 | **$132.00** |
| Aprons | $323.00 | **$48.45** |
| Pillows | $80.00 | **$12.00** |

**$192.45** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.

## Fish Kiss | Royalties Statement

**Royalty Payment Period:** April 1, 2016 - April 30, 2016

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Tea Towels | $331.00 | **$49.65** |
| Aprons | | |
| Pillows | $168.00 | **$33.60** |

**$83.25** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.

# Fish Kiss | Royalties Statement

**Royalty Payment Period:** May 1, 2016 - May 31, 2016

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Product (excl Pillows) | $955.50 | **$143.33** |
| Pillows | $332.00 | **$66.40** |

191.11

**$209.73** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.

# Fish Kiss | Royalties Statement

**Royalty Payment Period:** June 1 - 30, 2016

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Product (excl Pillows) | | **$173.25** |
| Pillows | | **$24.00** |

**$197.25** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.

# Fish Kiss | Royalties Statement

**Royalty Payment Period:** July 1 - 31

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Product (excl Pillows) | | **$120.60** |
| Pillows | | |

**$120.60** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.

## Fish Kiss | Royalties Statement

**Royalty Payment Period:** Aug 1-31

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Product (excl Pillows) | $2,172.00 | **$325.80** |
| Pillows | $40.00 | **$8.00** |

**$333.80** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.

## Fish Kiss | Royalties Statement

**Royalty Payment Period:** Sept 1 - 30

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Product (excl Pillows) | $1,592.50 | **$238.87** |
| Pillows | | |

**$238.87** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.

# Fish Kiss | Royalties Statement

**Royalty Payment Period:** Oct 1 - 31

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Product (excl Pillows) | $2,472.00 | **$370.80** |
| Pillows | $120.00 | **$24.00** |

**$394.80** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.

## Fish Kiss | Royalties Statement

**Royalty Payment Period:** Nov 1 - Dec 31, 2016

| Item | Total Sales | **Total Royalty** |
|---|---|---|
| Product (excl Pillows) | $1,942.00 | **$291.30** |
| Pillows | $408.00 | **$81.60** |

**$372.90** Total Payable

The totals above represent PAID orders.
Orders with payment terms or pre-orders are not included in the above.