# EXHIBIT D

Fish Kiss Licensed Artwork 2016 (ending Aug 31)

**Sales**:

Tea towels, Aprons, Stockings, Skirts............$5,408.00
Pillows: ............................................................$ 660.00

**2017 Sales Estimates:**

Tea Towels, Aprons, Pillows..........................$25,000.00 - $35,000.00
Stockings, Tree Skirts....................................$ 5,000.00

Fish Kiss Royalty Agreement 2017

1. Products:
    a. Continue tea towels in current format
        i. Add a secondary tea towel with portrait state illustration
    b. Continue aprons without modification to design
    c. Continue tree skirts & stockings without modification to design
    d. Pillows: if it is agreed to continue we would like to adjust the design as follows:
        i. Consider changing the white backing to a color (neutral)
        ii. Change the piping/trim color (dark or neutral)

2. Royalty adjustment:
    a. Tea Towels & Aprons: Current: 15% | 2017: 10%
    b. Stockings & Tree Skirts: Current: 15% | 2017: 15%
    c. Pillows: Current: 20% | 2017: 10%