# **EXHIBIT G**


MADE IN AMERICA
rooted
american design,
american style,
american made.
NorthStar
FLORIDA
The Sunshine State
Gulf of Mexico
NEW YORK
I love New York
CANADA
Lake Ontario
Niagara Falls
Buffalo Check

amazon.com

Fish Kiss ~ Home ~ Shopify | Electronic Copyright Office (eCO) | States 4-15-17 - Dropbox | Amazon.com: Arizona State Map Kit... | Fish Kiss

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Prime | Home & Kitchen | fish kiss tea towel arizona | Freshen up your space for spring

Departments | Browsing History | Anne's Amazon.com | Today's Deals | Gift Cards & Registry | Sell | EN | Hello, Anne Account & Lists | Orders | Prime | 0 Cart

Amazon Home | Shop by Room | Furniture | Home Décor | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Lighting | Storage & Organization | Home Improvement | More to Explore

‹ Back to search results for "fish kiss tea towel arizona"




Roll over image to zoom in

Fish Kiss

# Arizona State Map Kitchen Towel

Be the first to review this item

Price: $18.00 + $3 shipping

**Note:** Not eligible for Amazon Prime.

Only 2 left in stock - order soon.

**Get it as soon as Thursday, April 20** when you choose **Two-Day Shipping** at checkout.

Ships from and sold by ET Shops For You.

- 100% Cotton
- Arizona State Map Kitchen Towel
- Made in the USA
- 100% Cotton
- Fun and Colorful Gift for anyone who loves Arizona
- Arizona Landmarks, Cities, Food, Animals & More

Compare with similar items

**New** (1) from $18.00 + $3.00 shipping

Report incorrect product information.



**Find Products for your Kitchen**

Selection for all your Kitchen needs; from pendant lights to appliances, cookware and more. Shop Now

Share

Qty: 1

**$18.00** + $3.00 shipping

Only 2 left in stock - order soon.

Sold by **ET Shops For You**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

Anne Klein- Erie - 80516

Add to List

Have one to sell? Sell on Amazon



*12-Pack, Large*

amazon.com

Fish Kiss ~ Home ~ Shopify | Electronic Copyright Office (eCO) | States 4-15-17 - Dropbox | Amazon.com: Alabama State Map Ki... | Fish Kiss

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Prime | Home & Kitchen | Freshen up your space for spring

Departments | Browsing History | Anne's Amazon.com | Today's Deals | Gift Cards & Registry | Sell | EN | Hello, Anne Account & Lists | Orders | Prime | 0 Cart

Amazon Home | Shop by Room | Furniture | Home Décor | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Lighting | Storage & Organization | Home Improvement | More to Explore

‹ Back to Fish Kiss store




Roll over image to zoom in

Fish Kiss

# Alabama State Map Kitchen Towel

Be the first to review this item

Price: $18.00 + $3 shipping

**Note:** Not eligible for Amazon Prime.

Only 4 left in stock - order soon.

**Get it as soon as Thursday, April 20** when you choose **Two-Day Shipping** at checkout.

Ships from and sold by ET Shops For You.

- 100% Cotton
- Alabama State Map Kitchen Towel
- Made in the USA
- 100% Cotton
- Fun and Colorful Gift for anyone who loves Alabama
- Alabama Landmarks, Cities, Food, Animals & More

**New** (1) from $18.00 + $3.00 shipping

Report incorrect product information.



**Find Products for your Kitchen**
Selection for all your Kitchen needs; from pendant lights to appliances, cookware and more. Shop Now

Share

Qty: 1

**$18.00** + $3.00 shipping
Only 4 left in stock - order soon.
Sold by **ET Shops For You**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Anne Klein- Erie - 80516

Add to List

Have one to sell? Sell on Amazon



*12-Pack, Large*

## Customers also shopped for

Page 1 of 6

amazon.com

Fish Kiss ~ Home ~ Shopify | Electronic Copyright Office (eCO) | States 4-15-17 - Dropbox | Amazon.com: California State Map K... | Fish Kiss

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Prime | Home & Kitchen | Freshen up your space for spring

Departments | Browsing History | Anne's Amazon.com | Today's Deals | Gift Cards & Registry | Sell | EN | Hello, Anne Account & Lists | Orders | Prime | 0 Cart

Amazon Home | Shop by Room | Furniture | Home Décor | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Lighting | Storage & Organization | Home Improvement | More to Explore

‹ Back to Fish Kiss store




Roll over image to zoom in

Fish Kiss

# California State Map Kitchen Towel

Be the first to review this item

Price: $18.00 + $3 shipping

**Note:** Not eligible for Amazon Prime.

Only 2 left in stock - order soon.

**Get it as soon as Thursday, April 20** when you choose **Two-Day Shipping** at checkout.

Ships from and sold by ET Shops For You.

- 100% Cotton
- California State Map Kitchen Towel
- Made in the USA
- 100% Cotton
- Fun and Colorful Gift for anyone who loves California
- California Landmarks, Cities, Food, Animals & More

Compare with similar items

**New** (1) from $18.00 + $3.00 shipping

Report incorrect product information.



**Find Products for your Kitchen**

Selection for all your Kitchen needs; from pendant lights to appliances, cookware and more. Shop Now

Share

Qty: 1

$18.00 + $3.00 shipping

Only 2 left in stock - order soon.

Sold by **ET Shops For You**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

Anne Klein- Erie - 80516

Add to List

Have one to sell? Sell on Amazon



*12-Pack, Large*