# EXHIBIT J

ARJOMAND LAW GROUP
ATTORNEYS AT LAW

335 FRONT STREET SOUTH
ISSAQUAH, WASHINGTON 98027
U.S.A.

February 9, 2017

ALG Reference: 5228-K00-01

Bernadette Godwin
Eric Bernstein
Rooted USA / North Star Creations
310 Miller Road
Medford, NJ 08055

**Re: Breach of Contract and Copyright Violations**

Dear Ms. Godwin:

Arjomand Law Group (ALG), PLLC represents Ms. Anne Klein and Fish Kiss, LLC ("our client") in the above mentioned matter. Please direct all your future communications to this office and refrain from contacting our client directly. Also, to expedite communications, we prefer email in lieu of paper mail when possible. Please let us know if this mode of communication shall be acceptable to you.

Our client had a written licensing agreement with your company to produce and sell its copyrighted designs during the period of January 1, 2016 to January 1, 2017, for items enumerated and for corresponding royalty rates stated in the agreement.

Our client has recently discovered, through credible sources, that even after the expiration of the mentioned agreement your company has continued to produce and/or sell its designs in violation of the agreement and copyright laws. Additionally, our client has been informed that during the term of the contract your company had sold more items than were previously reported by you and, therefore, our client was paid only a part of the agreed-upon share of profits from its product line.

While our client has several options to enforce its legal rights and has been advised to do so, it has chosen not to initiate any legal action regarding this matter if you (1) cease the

TEL: 425-392-2050 FAX: 425-392-2060 CELL: 425-445-4500 ATA@ARJOMANDLAWGROUP.COM

production, distribution and sale of its designs or the imitations and likes of its designs and (2) to recalculate and pay our client the remainder of its due royalty for 2016.

Please be assured that your cooperation and communication with us for mitigation at this stage will not be construed nor will be used against you as admission of guilt, rather it will prove good faith effort to mitigate this possible mistake and will prevent a likely legal battle which will be to both parties detriment.

We prefer to resolve this matter without taking legal action, but we are prepared to file a lawsuit if necessary and to subpoena your accounting books and records to protect the rights of our client.

Cordially,

Ata Arjomand, Ph.D, P.E.
Attorney

TEL: 425-392-2050 FAX: 425-392-2060 CELL: 425-445-4500 ATA@ARJOMANDLAWGROUP.COM

ROBERT A. GLEANER, P.C.
ATTORNEYS AT LAW
415 S. WHITE HORSE PIKE
AUDUBON, NJ 08106
www.ragpc.com

ROBERT A. GLEANER*
HAROLD P. GLEANER**
*ALSO MEMBER OF PA BAR
**OF COUNSEL

(856) 546-8010
FAX (856) 546-8707
rob@ragpc.com

March 2, 2017

Ata Arjomand, Ph.D, P.E.
Arjomand Law Group
335 Front Street South
Issaquah, WA 98027

RE: ***My client: - North Star Creations*, LLC,**
***t/a Rooted by North Star Creations, LLC***
***Your client - Anne Klein / Fish Kiss, LLC***
***Your File # 5228-K00-01***

Dear Mr. Arjomand:

This letter will confirm my representation of North Star Creations, LLC, t/a Rooted by North Star Creations, LLC, Eric Bernstein and Bernadette Godwin. Kindly direct all future communications to me at the above address.

While denying all of the allegations set forth in your letter dated February 21, 2017, feel free to supply me with any and all documentation or evidence that you may have that my clients have sold any designs in violation of the agreement that they had with your client. Further, feel free to supply me with any accounting that you have that would indicate that your client did not receive the full amount of remuneration to which she was entitled under the agreement between the parties.

If I hear nothing from you within ten (10) days of the date of this letter, I will assume that this matter is resolved.

Very truly yours,
ROBERT A. GLEANER, P.C.

By:__________________________
Robert A. Gleaner

RAG/jmm
cc: Eric Bernstein / Bernadette Godwin

**Emily A. Danchuk**
**Emily A. Danchuk Esq., LLC**
**Attorney at Law (Admitted in PA, NY and ME)**
**45A Underwood Road**
**Falmouth, ME 04105**
**phone: 207.747.4135/mobile: 917.400.1663**
**eadanchuk@gmail.com**

**VIA EMAIL AND U.S. MAIL**

August 10, 2017

Mr. Robert Gleaner
Robert A. Gleaner, P.C.
415 S. White Horse Pike
Audubon, NJ 08106

**RE: Fish Kiss, LLC – Breach of Contract and Copyright Infringement**

Dear Mr. Gleaner:

I represent Fish Kiss, LLC ("Fish Kiss") in its intellectual property matters. Anne Klein, the president of Fish Kiss, LLC, has informed me of the unfortunate situation with North Star Creations, LLC ("NSC"). I understand that you represent NSC in its general business matters, based on a review of correspondence between you and Mr. Ata Arjomand. If this understanding is incorrect, and you no longer represent NSC, please advise immediately. To be safe, I have copied Bernadette Godwin on this letter.

My client recently received an email from Ms. Godwin, requesting that Fish Kiss retract certain Amazon and EBay copyright infringement complaints that her wholesale client received. For your ready reference, I attach Ms. Godwin's email to Anne Klein of Fish Kiss, dated August 2, 2017, as **Exhibit A**. For the plethora of reasons set forth below, my client refuses to retract such complaints. Further, Fish Kiss continues to assert its claims against NSC, also set forth below.

## I. Breach of Contract

As you know, Fish Kiss has asserted certain breach of contract claims against NSC. These claims include, without limitation or waiver, failure to pay royalties in accordance with the terms of the license agreement between Fish Kiss and NSC ("the License"); continued sales and offerings of the licensed product ("Licensed Product") past the termination date of the License; failure to obtain approval from Fish Kiss for proposed packaging and Licensed Product; failure to include proper Fish Kiss branding, labeling and packaging on the Licensed Product; and modification of the licensed artwork ("Licensed Artwork") in violation of both the License and U.S. Copyright Laws.

A. Failure to Pay Royalties in Accordance with the License.

The License, which I attach for your ready reference as **Exhibit B**, has an incorporated attachment entitled "Invoice/Schedule of Artwork covered in this agreement," which states, "The following items will be produced utilizing 'state designs' with noted royalty rates:

a) Christmas stockings – 15% of wholesale cost
b) Christmas tree skirts – 15% of wholesale cost
c) Adult kitchen aprons – 15% of wholesale cost
d) Cotton tea/dish towels – 15% of wholesale cost
e) Decorative pillows – 20% of wholesale cost.

According to my client, Fish Kiss received royalties amounting to $1,770.15, and NSC represented that the total revenue realized from the sale of Licensed Product was $11,545.00. We therefore find it odd that one of NSC's sales representatives stated to Anne Klein that he alone sold approximately $15,000 in Licensed Product. Moreover, NSC had ordered 1,000 band wrappers for the towel packaging for towels that were being sold at approximately $5.50 per piece, which would logically represent $5,500 in tea towels sold. In May of 2016, NSC had to order 1,000 more tea towel band wrappers. Despite this fact, in September of 2016, NSC represented to Fish Kiss that they had sold a total of $5,408.00 in tea towels, aprons, stockings and skirts. The numbers simply do not add up.

NSC has clearly mispresented the amount of Licensed Product sold under the License and Fish Kiss plans to conduct a full and complete audit of NSC's accounting records and books and, if necessary, to subpoena NSC's customers for their accounting records related to the Licensed Product in order to obtain the full and complete accounting of Licensed Product sold.

B. Continued Sales and Offerings of the Licensed Product Past the License Termination Date.

The License states, "Exclusivity: Client requests the right to license exclusivity for 1 calendar year for items specified on invoice." Accordingly, NSC had a license for the Licensed Artwork for a term of one year, commencing on the effective date of January 1, 2016 and ending on January 1, 2017. The License does not include any sell-off period. Accordingly, NSC had a one year license, after which period all rights reverted to Fish Kiss.

However, and in violation of the License, your client has not only continued the sale of the Licensed Product, but allowed its retailers and distributors to offer the Licensed Artwork past the termination date. As evidence of your client's violation of the License (and U.S. Copyright Laws, 17 U.S.C. § 101 et seq.), I attach an image of the Quaile Connect booth taken at the Philadelphia Gift Show on January 6, 2017 as **Exhibit C**. Moreover, it is undisputed that unapproved Licensed Product continues to be sold on websites such as Amazon and eBay, more than eight months after the License terminated. As there was no sell-off period under the License, your client's continued sale of the Licensed Product was, and continues to be, in violation of the terms of the License.

C. Failure to Obtain Approval from Fish Kiss for Proposed Packaging and Licensed Product.

The License states, "Artist will have the right to review new items for sample approval." However, and in violation of the License, there a significant amount of items that were sold and offered for sale that were not approved by Fish Kiss. I attach, as **Exhibit D**, a few exemplars of Licensed Product for which NSC did not seek Fish Kiss' approval ("Infringing Product"); accordingly, Fish Kiss filed the Amazon and eBay take down notices for these items, as they violate U.S. Copyright Laws, and my client was well within its rights to do so.

D. Failure to Include Proper Fish Kiss Branding, Labeling and Packaging on the Licensed Product.

The License states, "Product Packaging and Branding: Final production of goods will include Fish Kiss, LLC branding, labeling and packaging…" **Exhibit E** consists of a plethora of exemplars of Licensed Product which violated the terms of the License for failure to include Fish Kiss, LLC branding, labeling and packaging, and instead prominently displayed the North Star Creations and/or Rooted branding, labeling and packaging ("Violative Product"). Further, as demonstrated in the email attached as **Exhibit F**, my client informed NSC that its tea towel packaging with Rooted branding and labeling was expressly disapproved, yet NSC continued to sell the Licensed Product with the disapproved packaging. Again, my client was well within its rights to report such Violative Product as in violation of U.S. Copyright Laws.

E. Modification of the Licensed Artwork.

The License states, "Creation: Artist will work with Client to modify artwork as needed to best suit end product. Artist may provide written permission for Client to modify artwork accordingly if needed, with the final and timely consent of the Artist." Accordingly, NSC was not entitled or granted any rights to modify the License Artwork without the express and written permission of Fish Kiss.

Unfortunately, your client again decided to disregard the terms of the License by modifying the Licensed Artwork. An exemplar of the unauthorized modification of the Licensed Artwork is attached as **Exhibit G**, which highlights the modified portion of "Winchester" with artwork of a glass bottle. This addition to the Licensed Artwork was neither created by Fish Kiss nor consented to by Fish Kiss. This unauthorized modification is not only a breach of the License but also a blatant disregard of U.S. Copyright Laws.

## II. Copyright Infringement.

Your client's actions of continuing to offer product bearing the Fish Kiss artwork past the License termination, modifying the Fish Kiss artwork, providing retailers, distributors and customers with high-resolution Fish Kiss artwork, and selling Infringing Product and Violative Product consist not only of various breaches of the License, but also are distinct violations of U.S. Copyright Laws.

Under 17 U.S.C. § 106, a copyright owner has the exclusive right to do and/or authorize a third party to do the following: (1) to reproduce the copyrighted work; (2) to prepare derivative works based on the copyrighted work; and (3) to distribute copies of the copyrighted work to the public by sale, lease or lending. In this case, NSC had a one-year license to reproduce the Licensed Artwork and to distributed copies of the Licensed Artwork on the Licensed Product. Upon termination of the License, such rights reverted to Fish Kiss. Despite the reversion of such rights to Fish Kiss, your client continued to offer Licensed Product well after termination of the License and created derivative works of the Licensed Artwork. These actions are in violation of my client's exclusive rights.

To succeed on its copyright infringement claim, my client must "show ownership of the allegedly infringed material and […] demonstrate that the alleged infringers violate at least one exclusive right granted to copyright holders under 17 U.S.C. § 106. See 17 U.S.C. § 501(a) (infringement occurs when alleged infringer engages in activity listed in § 106); see also *Computer Assocs. Int'l, Inc. v. Altai, Inc.*, 982 F.2d 693, 716 (2d Cir.1992). It is clear that Fish Kiss owns the infringed material, and that NSC has both created an unauthorized derivative work therefrom and publicly sold and distributed my client's copyrighted work without authorization, as such distribution was unauthorized by my client pursuant to the terms of the License. The foregoing constitutes copyright infringement.

Under the Copyright Act, NSC is thus liable for, *inter alia*, all financial gains, direct and indirect, realized as a result of its unlawful and unauthorized exploitation of my client's copyrighted material, and all damages incurred by Fish Kiss as a result of NSC's misconduct. Additionally, the License states, "In the event of any litigation arising out of or relating to this Agreement, the prevailing party shall be entitled to recover its attorneys' fees incurred in the litigation." Accordingly, should my client be forced to enforce its rights under either the License or the U.S. Copyright Laws, we will seek damages as well as attorneys' fees.

In light of all of the foregoing, I would highly recommend that your client comply with all of the following demands:

(1) Provide a full and complete accounting of all Licensed Product sold, which accounting should include a detailed description of:

a. the SKU number;
b. the type of Licensed Product sold (tea towel, apron, etc.);
c. the wholesale price of the Licensed Product;
d. the retailer/distributor to whom the Licensed Product was sold and/or shipped;
e. the royalty amount due and/or paid, and a statement as to whether such royalty amount was paid.

(2) Cease any and all sales of Licensed Product, Infringing Product and Violative Product and recall any and all Licensed Product, Infringing Product and Violative Product that has been distributed to retailers and/or distributors;

(3) Provide us with a complete accounting of inventory of Licensed Product, Infringing Product and Violative Product in your client's possession and in any retailer's or

distributor's possession;

(4) Advise NSC's retailers and distributors that all Licensed Product, Infringing Product and Violative Product must be immediately pulled, removed from sales listings and accounted for; and

(5) Destroy any and all Fish Kiss artwork files in NSC's possession and provide us with a notarized affidavit of destruction of such files.

Upon our receipt of the requested information and confirmation of cooperation by your client, we will determine what damages my client is entitled to and will accordingly prepare a settlement agreement regarding the same.

I will expect your prompt response to this correspondence, with confirmation of your client's intention to cooperate, by no later than **Thursday, August 17, 2017**. Should your client fail to meet **all** of our demands, we will not hesitate to take appropriate legal action against NSC in order to fully and properly enforce and protect Fish Kiss's rights.

Should you have any questions, please feel free to contact me. Should you require us to send a copy of this letter to the owner of ET Shops, please advise and I would be happy to do so.

This is not a full recitation of all outstanding facts and legal issues, and nothing in this letter is meant to or should be construed to waive or limit any rights, claims, or remedies.

Sincerely,

*/s/ Emily A. Danchuk*
Emily A. Danchuk

enc.

cc: Anne Klein, Fish Kiss, LLC
Bernadette Godwin (via email: bgodwin@northstar-creations.com)

# EXHIBIT A

**From:** Bernadette Godwin <bgodwin@northstar-creations.com>
**Subject: Amazon and Ebay - Fish Kiss Products**
**Date:** August 2, 2017 at 6:14:42 PM MDT
**To:** Anne Klein <anne@fish-kiss.com>

**Cc:** Eric Bernstein <ebernstein@northstar-creations.com>

Dear Anne-
I hope you are well. One of my wholesale clients received a notification from Ebay as well as Amazon that they have been reported as infringing on Fish Kiss copyright protected artwork. The retailer in question, ET Shops, purchased goods from Rooted during the time period that the licensing agreement between Rooted and Fish Kiss was active. While I realize it may seem odd to you to see these products as "active" on these websites 8 months after our agreement expired, she simply hasn't been successful in selling the goods thus far. Before my customer proceeds with having her attorney contact you (and thus creating legal fees that are unnecessary for all parties) I am hoping you will see that she is well within her legal rights to sell this merchandise and retract your complaint from Amazon and Ebay. Wholesale customers who purchased Fish Kiss items from Rooted during the active licensing agreement may sell the purchased goods for any length of time needed. They are not bound by the licensing agreement as they are not manufacturers. You do have the option to BUY OUT - meaning you may purchase her remaining inventory. If that is a consideration please let me know.

Please reply within 48 hours so that we can keep our client advised as well as determine the best path to proceed.

Regards,

Bernadette Godwin
**North Star Creations**
310 Miller Road
Medford, NJ 08055

T: 609.953.6973
F: 609.953.6975

*www.northstar-creations.com*

*bgodwin@northstar-creations.com*

# EXHIBIT B

***ARTIST LICENSING AGREEMENT***

*This Artist Licensing Agreement (the "AGREEMENT") is entered into effective this date, Jan 1, 2016 between Anne Klein of Fish Kiss, LLC ("ARTIST") and North Star Creations, LLC ("CLIENT"). All references to the Client in this Agreement shall include Client's parent companies, affiliates, and subsidiaries.* ***Scope of this Agreement.*** *This Agreement applies to any image, graphics, digital assets, or digital images created or taken by Artist and delivered to the Client (collectively known as "IMAGES"). This Agreement governs the relationship between the parties and in no communication or other exchange, shall modify the terms of this Agreement unless agreed to in writing.*

***Rights:*** *All Images and rights relating to them, including copyright and ownership rights in the media in which the Images are stored, remain the sole and exclusive property of the Artist. This license provides the Client with the limited right to reproduce, publicly display, and distribute the Images only for the agreed upon terms as set forth in the Client Invoice and signed by both parties. Images used for any purpose not directly related outside of those terms, must be with the express permission of Artist and may include the payment of additional fees, unless otherwise agreed to in writing. Images may contain copyright management information (CMI) at the discretion of the Artist in the form of either 1) a copyright notice © and/or 2) other copyright and ownership information embedded in the metadata or elsewhere, unless otherwise agreed to by the Parties. Removing and/or altering such information is prohibited and constitutes violation of the Digital Millennium Copyright Act (DMCA) and Client will be responsible to the Artist for any penalties and awards available under that statute.*

***Relationship of the Parties:*** *The parties agree that Artist is an independent contractor, and that neither Artist, nor Artist's employees or contract personnel are, or shall be deemed to be, employees of Client. No agency, partnership, joint venture, or employee-employer relationship is intended or created by this Agreement. Neither party is authorized to act as agent or bind the other party except as expressly stated in this Agreement. Artist and the Images or any other deliverables prepared by Artist shall not be deemed a work for hire as defined under Copyright Law. All rights granted to Client are contractual in nature and are expressly defined by this Agreement.*

***Creation:*** *Artist will work with Client to modify artwork as needed to best suit end product. Artist may provide written permission for Client to modify artwork accordingly if needed, with the final and timely consent of the Artist.*

***Sample Approval:*** *Artist will have the right to review new items for sample approval.*

***Product Packaging & Branding:*** *Final production of goods will include Fish Kiss, LLC branding, labeling and packaging. UPC codes, distribution information and RN registration will remain property and possession of Rooted by North Star Creations, LLC.*

***Delivery:*** *Artist may provide artwork in the following formats: .AI, .JPG, .TIF at a high resolution. It is the Client's responsibility to verify that the Images are suitable for reproduction and that if the Images are not deemed suitable, to notify the Artist.*

***Fees:*** *Client agrees to pay all agreed upon fees to Artist upon shipment of produced goods to retail clients. It is understood that these transactions occur between the months of July and October.*

***Exclusivity****: Client requests the right to license exclusivity for 1 calendar year for items specified on invoice.*

***Transfer and Assignment:*** *No amendment or waiver of any terms is binding unless in writing and signed by the parties.*

***Indemnification:*** *Artist will indemnify and defend Client against all claims, liability, damages, costs, and expenses, including reasonable legal fees and expenses, arising out of the creation or any use of the Images or materials furnished by Artist. It is the clear understanding of the Client that all works are the original creations of the Artist and that the Artist rightfully possesses full ownership of the artwork provided.*

***General Law/Arbitration:*** *This Agreement sets forth the entire understanding of the parties, and supersedes all prior agreements between the parties. This Agreement shall be governed, interpreted and enforced in accordance with the laws of the State of New Jersey. Any claim or litigation arising out of this Agreement or its performance may be commenced only in courts physically located in Burlington County, New Jersey and the parties hereby consent to the personal jurisdiction of such courts. In the event of any litigation arising out of or relating to this Agreement, the prevailing party shall be entitled to recover its attorneys' fees incurred in the litigation. If parties are unable to resolve the dispute, either party may request mediation and/or binding arbitration in a forum mutually agreed to by the parties.*

***Severability:*** *If one or more of the provisions in the Agreement is found invalid, illegal or unenforceable in any respect, the validity and enforceability of the remaining provisions shall not be affected. Any such provisions will be revised as required to make them enforceable.*

***Waiver:*** *No action of either party, other than in writing agreed to by the parties, may be construed to waive any provision of this Agreement and a single or partial exercise by either party of any such action will not preclude further exercise of other rights or remedies in this Agreement.*
*IN WITNESS WHEREOF, the parties have caused this Artist Licensing Agreement to be duly executed as of the dates written below.*
*North Star Creations, LLC*

*By:* ______________________ *Name: Bernadette Godwin*
*Title: Partner* *Date: January 1, 2016*

*Anne Klein, Fish Kiss LLC*

*By:* ______________________ *Name:* Anne Klein

*Date:* 1-16-16

Invoice | Schedule of Artwork covered in this agreement

*The following images/artwork is covered in the discussion of the artist licensing agreement, signed on January 1, 2016.*

A| "State Designs". Includes all 50 states (designed as needed by buyers)

The following items will be produced utilizing "state designs" with noted royalty rates:

a) Christmas stockings – 15% of wholesale cost
b) Christmas tree skirts – 15% of wholesale cost
c) Adult kitchen aprons – 15% of wholesale cost
d) Cotton tea/dish towels – 15% of wholesale cost
e) Decorative pillows – 20% of wholesale cost. This item is not exclusive to Rooted by North Star Creations. Fish Kiss, LLC is free to manufacture and sell this item without limitations.

Royalty payments will be issued within 30 days of product shipment.

*North Star Creations, LLC*

*By:* ______________________ *Name: Bernadette Godwin*
*Title: Partner* *Date: December 8, 2015*

*Anne Klein, Fish Kiss, LLC*

*By:* [signature] *Name:* Anne Klein

*Date:* 1-1-16

# EXHIBIT C


connect
LOLITA
NEW MARKET
Havre
de Grace
Annapolis
Bethesda
GLEN
DELAWARE
Asbury
Park
Edison
Newark
Wildwoods
NEW JERSEY
VERNON
joy
merry


LAKESID

# EXHIBIT D

ebay.com

Fish Kiss ~ Home ~ Shopify | Electronic Copyright Office (eCO) | States 4-15-17 - Dropbox | State Map Pillow 16 x 12 Made in the... | Fish Kiss

Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact **List. Sell. Get Paid.** Sell | My eBay

ebay Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Home & Garden > Home Décor > Pillows






# State Map Pillow 16 x 12 Made in the USA

Item condition: **New with tags**

Type: - Select -

Quantity: 1 30 available

Price: **US $39.95**

Buy It Now

Add to cart

2 watching

Add to watch list

Add to collection

Located in United States | New condition | 30-day returns

Shipping: Calculate
Item location: Fairport, New York, United States
Ships to: Worldwide See exclusions

Delivery: Varies

Payments: PayPal VISA MasterCard American Express Discover

Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

$ Have one to sell? Sell now

| Add to watch list

**Seller information**
etshops111 (9863 ★) me
100% Positive feedback
Top Rated Plus

Follow this seller

Visit store: ET Shops for You

See other items

UP TO 70% OFF AND FREE SHIPPING
Shop top brands ▸
ebay deals

amazon.com

Fish Kiss ~ Home ~ Sh... | Denver Handmade Ven... | Electronic Copyright O... | state map dish towels -... | Etsy - Shop Dashboard | Georgia State Map Kitc... | Amazon.com: Florida S...

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Prime | ET Shops For You | 5% Back at Amazon.com & rewards everywhere

Departments | Browsing History | Anne's Amazon.com | Today's Deals | Gift Cards & Registry | Sell | EN | Hello, Anne Account & Lists | Orders | Prime | 0 Cart

Home & Kitchen | Best Sellers | Shop by Room | Bedding & Bath | Home Décor | Artwork | Storage | Vacuums & Floor Care | Heating & Cooling | Furniture | Kitchen & Dining

‹ Back to results




Roll over image to zoom in

Rooted

# Florida State Map Pillow 18 x 18

Be the first to review this item

Price: $44.00 Prime

Only 2 left in stock - order soon.

**Want it Monday, April 17?** Order within 4 hrs 48 mins and choose **One-Day Shipping** at checkout. Details

Sold by ET Shops For You and Fulfilled by Amazon. Gift-wrap available.

- 100% Cotton
- Florida State Map Pillow 18 x 18 inches
- Fabric, sewing and pillow insert are all made in the USA!
- 100% Cotton
- Fun and Colorful Gift for anyone who loves Florida
- More States Available

New (1) from $44.00 Prime

Report incorrect product information.




Share

Qty: 1

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

Anne Klein- Erie - 80516

Add to List

Add to your Dash Buttons




Celine Linen Best, Softest, Coziest Bed Sheets Ever 1800 Thread Count ...

## Special offers and product promotions

# EXHIBIT E


MADE IN
AMERICA
rooted
american design,
american style,
american made.
NorthStar
FLORIDA
Gulf of Mexico
NEW YORK
CANADA
Lake Ontario
Niagara Falls
Buffalo Check

amazon.com

Fish Kiss ~ Home ~ Shopify | Electronic Copyright Office (eCO) | States 4-15-17 - Dropbox | Amazon.com: Arizona State Map Kit... | Fish Kiss


NEW & INTERESTING FINDS ON AMAZON EXPLORE


amazon Prime | Home & Kitchen | fish kiss tea towel arizona

Freshen up your space for spring

Departments | Browsing History | Anne's Amazon.com | Today's Deals | Gift Cards & Registry | Sell | EN | Hello, Anne Account & Lists | Orders | Prime | 0 Cart

Amazon Home | Shop by Room | Furniture | Home Décor | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Lighting | Storage & Organization | Home Improvement | More to Explore

‹ Back to search results for "fish kiss tea towel arizona"




Roll over image to zoom in

Fish Kiss

# Arizona State Map Kitchen Towel

Be the first to review this item

Price: $18.00 + $3 shipping

**Note:** Not eligible for Amazon Prime.

Only 2 left in stock - order soon.

**Get it as soon as Thursday, April 20** when you choose **Two-Day Shipping** at checkout.

Ships from and sold by ET Shops For You.

- 100% Cotton
- Arizona State Map Kitchen Towel
- Made in the USA
- 100% Cotton
- Fun and Colorful Gift for anyone who loves Arizona
- Arizona Landmarks, Cities, Food, Animals & More

Compare with similar items

**New** (1) from $18.00 + $3.00 shipping

Report incorrect product information.



**Find Products for your Kitchen**

Selection for all your Kitchen needs; from pendant lights to appliances, cookware and more. Shop Now

Share

Qty: 1

$18.00 + $3.00 shipping

Only 2 left in stock - order soon.

Sold by **ET Shops For You**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

Anne Klein- Erie - 80516

Add to List

Have one to sell? Sell on Amazon



*12-Pack, Large*

amazon.com

Fish Kiss ~ Home ~ Shopify | Electronic Copyright Office (eCO) | States 4-15-17 - Dropbox | Amazon.com: Alabama State Map Ki... | Fish Kiss

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Prime | Home & Kitchen | Freshen up your space for spring

Departments | Browsing History | Anne's Amazon.com | Today's Deals | Gift Cards & Registry | Sell | EN | Hello, Anne Account & Lists | Orders | Prime | 0 Cart

Amazon Home | Shop by Room | Furniture | Home Décor | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Lighting | Storage & Organization | Home Improvement | More to Explore

‹ Back to Fish Kiss store





Roll over image to zoom in

Fish Kiss

# Alabama State Map Kitchen Towel

Be the first to review this item

Price: $18.00 + $3 shipping

**Note:** Not eligible for Amazon Prime.

Only 4 left in stock - order soon.

**Get it as soon as Thursday, April 20** when you choose **Two-Day Shipping** at checkout.

Ships from and sold by ET Shops For You.

- 100% Cotton
- Alabama State Map Kitchen Towel
- Made in the USA
- 100% Cotton
- Fun and Colorful Gift for anyone who loves Alabama
- Alabama Landmarks, Cities, Food, Animals & More

New (1) from $18.00 + $3.00 shipping

Report incorrect product information.



**Find Products for your Kitchen**

Selection for all your Kitchen needs; from pendant lights to appliances, cookware and more. Shop Now

Share

Qty: 1

$18.00 + $3.00 shipping

Only 4 left in stock - order soon.

Sold by **ET Shops For You**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

Anne Klein- Erie - 80516

Add to List

Have one to sell? Sell on Amazon



12-Pack, Large

## Customers also shopped for

Page 1 of 6

amazon.com

Fish Kiss ~ Home ~ Shopify | Electronic Copyright Office (eCO) | States 4-15-17 - Dropbox | Amazon.com: California State Map K... | Fish Kiss

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Prime | Home & Kitchen | Freshen up your space for spring

Departments | Browsing History | Anne's Amazon.com | Today's Deals | Gift Cards & Registry | Sell | EN | Hello, Anne Account & Lists | Orders | Prime | 0 Cart

Amazon Home | Shop by Room | Furniture | Home Décor | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Lighting | Storage & Organization | Home Improvement | More to Explore

‹ Back to Fish Kiss store




Roll over image to zoom in

Fish Kiss

# California State Map Kitchen Towel

Be the first to review this item

Price: $18.00 + $3 shipping

**Note:** Not eligible for Amazon Prime.

Only 2 left in stock - order soon.

**Get it as soon as Thursday, April 20** when you choose **Two-Day Shipping** at checkout.

Ships from and sold by ET Shops For You.

- 100% Cotton
- California State Map Kitchen Towel
- Made in the USA
- 100% Cotton
- Fun and Colorful Gift for anyone who loves California
- California Landmarks, Cities, Food, Animals & More

Compare with similar items

**New** (1) from $18.00 + $3.00 shipping

Report incorrect product information.



**Find Products for your Kitchen**
Selection for all your Kitchen needs; from pendant lights to appliances, cookware and more. Shop Now

Share

Qty: 1

$18.00 + $3.00 shipping
Only 2 left in stock - order soon.
Sold by **ET Shops For You**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Anne Klein- Erie - 80516

Add to List

Have one to sell? Sell on Amazon



*12-Pack, Large*

# EXHIBIT F

**From:** Bernadette Godwin <bgodwin@northstar-creations.com>
**Subject: Re: Tea Towel**
**Date:** February 25, 2016 at 11:01:02 AM MST
**To:** <anne@fish-kiss.com>

Hi Anne-
Thanks for the feedback.

1. I agree with you - the logo is stretched. We made some pieces the day we received the woven labels (they took forever to receive and we had buyers calling daily checking on their orders), including the piece you received. I have since been in touch with the label maker and they are providing me with some revised labels - although they have not arrived yet. There is always some distortion on woven labels (in our experience), but your design did seem excessively stretched and did bother me as well.

2. Yes, we can use double sided tape on the wrap header - not a problem.

3. We have 1,000 wrap cards that were printed already based on previous artwork approval. Once we get through those, I would be happy to re-work the artwork with you. Not a problem. I can also send you the .ai file if you like. I realize you don¹t have loads of extra time to work on packaging, but if there is something specific you have in mind it may be faster for your sake to make the change and forward it to me. We are perfectly ok with this.

Thanks!

Regards,

Bernadette Godwin

Rooted, a division of North Star Creations, LLC.
310 Miller Road
Medford, NJ 08055

T|609.953.6973
F|609.953.6975

www.rootedusa.com
www.northstar-creations.com

bgodwin@northstar-creations.com

On 2/25/16, 12:22 PM, "anne@fish-kiss.com" <anne@fish-kiss.com> wrote:

> Hi Bernadette,
>
> I received the tea towel & just have a couple comments:
>
> 1. My logo looks stretched vertically on the sewn woven label. Can you please correct this?
>
> 2. The back of the packaging is taped together. Can you use a doublestick tape underneath so the tape isn't seen? I do this for my blanket packaging & it just looks nicer.

3. I'll be honest - I'm not super crazy about the front of the packaging. I feel the main brand reads as Rooted & that Fish Kiss is crammed underneath with the script font, "State Map Tea Towel" nearly running into it. It's just not ideal. I'll compromise on this, as I know we've discussed this before & landed here, but if there's any way to improve it going forward at some point, I'd much prefer that. Maybe the Fish Kiss logo could get slightly larger & go to the left of the script font?

Regards,

Anne Klein
Designer/Owner Fish Kiss


TRIM LINE
SAFE ZONE
100% Cotton Material
Machine Wash Cold
Tumble Dry Low Heat
Line Dry for Best Results
No Bleach, Phosphate Free
Detergent Only.
This item is not a toy.
For decoration purpose only.
rooted
fish kiss
State Map Tea Towel
100% Cotton
Made in the USA
Contains 1 Tea Towel
18 in x 25 in | 45.72 cm x 63.5 cm
sku# FK-105
Manufactured by:
Rooted by North Star Creations, LLC
Medford, NJ 08055
MADE IN USA
8 45622 00114 7
www.fish-kiss.com
All Rights Reserved
© Fish Kiss, LLC 2016
Alabama COLORADO new mexico Washington California NEW JERSEY Alaska MONTANA wyoming ILLINOIS Texas Florida virginia ALABAMA Oregon mississippi MISSOURI Arizona connecticut Maine DELAWARE wisconsin Michigan TENNESSEE nevada Arkansas GEORGIA iowa New Hampshire INDIANA kansas Louisiana
MASSACHUSETTS north carolina New York south dakota WEST VIRGINIA ohio Pennsylvania NORTH DAKOTA rhode island South Carolina HAWAII maryland IDAHO Oklahoma minnesota NEBRASKA Vermont UTAH Alabama COLORADO new mexico Washington California NEW JERSEY Alaska MONTANA wyoming ILLINOIS Texas
connecticut Maine DELAWARE wisconsin Michigan TENNESSEE nevada Arkansas GEORGIA iowa New Hampshire INDIANA kansas Louisiana KENTUCKY MASSACHUSETTS north carolina New York south dakota WEST VIRGINIA ohio Pennsylvania NORTH DAKOTA rhode island South Carolina HAWAII maryland IDAHO oregon
Overlap - No Print Here

**From:** Anne Klein <anne@fish-kiss.com>
**Subject: Tea Towel Wrap**
**Date:** June 4, 2016 at 10:24:15 AM MDT
**To:** Bernadette Godwin <bgodwin@northstar-creations.com>

OK, this is what I came up with - I think it ties in nicely with your other tag too. Let me know what you think.

Anne



Fish-Kiss-Tea-To...

100% Cotton Material
Machine Wash Cold
Tumble Dry Low Heat
Line Dry for Best Results
No Bleach, Phosphate Free
Detergent Only.

This item is not a toy.
For decoration purpose only.

fish kiss™

for Rooted by North Star Creations

# State Map Tea Towel

100% Cotton • Made in the USA

18 in x 27 in | 45.72 cm x 68.58 cm

Contains 1 Tea Towel

**sku# FK-105**
Manufactured by:
Rooted by North Star Creations, LLC
Medford, NJ 08055
**MADE IN USA**
www.RootedMade.com

8 45622 03610 1

www.fish-kiss.com
All Rights Reserved
© Fish Kiss, LLC 2016

**From:** Bernadette Godwin <bgodwin@northstar-creations.com>
**Subject: Re: Tea Towel - Packaging art**
**Date:** January 21, 2016 at 3:08:14 PM MST
**To:** Anne Klein <anne@fish-kiss.com>

Hi Anne-
Thank you for the feedback.

1. I've moved your logo to the front – not a problem at all!
2. The fish-kiss.com website is now included on back of packaging.
3. Thank you for the options on fonts. We would like to maintain the font that we have on the packaging since it ties in with our "non-licensed" goods (with different colorations, of course).
4. The rooted-wholesale website… I think I'm going to take that off. We are in the process of dividing our sites so that retail buyers are not confused by the custom printing site, etc. I'll probably just leave it off for this year… the word "wholesale" kind of bugs me on retail packaging. ;)

Thank you for confirming you received the samples. I look forward to your feedback. I know it is a lot to go through so no rush… Also, I'll send you a hang tag for approval on Friday. I wanted to get your feedback on the big packaging first… then I can go through the rest and send to you.

Thanks!

Regards,

Bernadette Godwin

**Rooted, a division of North Star Creations, LLC.**
310 Miller Road
Medford, NJ 08055

T|609.953.6973
F|609.953.6975

www.rootedusa.com
www.northstar-creations.com

bgodwin@northstar-creations.com

---

**From:** Anne Klein <anne@fish-kiss.com>
**Date:** Thursday, January 21, 2016 at 3:05 PM
**To:** Bernadette Godwin <bgodwin@northstar-creations.com>
**Subject:** Re: Tea Towel - Packaging art

Hi Bernadette,

Thank you for sending. I'll be honest, I'm not crazy about having my logo on the back. When the items are displayed in store - the Fish Kiss brand will just get lost. When I designed packaging at Crocs, we cobranded a lot of licensed products with both brands on front. So, for instance, it would read "Disney Crocs" or "Nickelodeon Crocs". I'm attaching some options that have both logos on the front. Let me know your thoughts. I tried to keep the overall integrity of the design without messing it up too much.

Just some additional notes:
— I'd love www.fish-kiss.com to be listed somewhere. I've included this on the back where the logo used to be.
— My understanding is that the copyright on the packaging is a copyright for the actual packaging design and not the product itself. The product should be covered already by copyright since I included this on the print. So, I'm

not sure if you have to include the (c) info; or, you could change it to (c)2016 Rooted since it is your packaging design ;)
— I offered two other font options that might be easier to read for “State Map Towels”. Totally up to you but just wanted to throw it out there.
— Just a thought - but, I think you might just want to put your main Rooted website (instead of just the wholesale one), in case you do sell these both retail and wholesale. If customers are directed to your main site, they can then either click on a wholesale link (if they’re a wholesaler) or the retail link (if they’re a direct customer). It just keeps your options open and might make it easier so you don’t have to go back and edit the packaging if you do start selling to both channels.
— 100% Cotton was listed twice on the packaging which I didn’t think was necessary, (so I kept it at back with content and washing instructions). But, feel free to add it back in. I know “Made in the USA” is a really important text which is nice to feature twice, (might be the case with the 100% cotton too)

Let me know what you think.

Best,
Anne

P.S. I owe you sample feedback. I received the package from Eric yesterday. I’ll send that in a separate E-mail.

On Jan 21, 2016, at 6:31 AM, Bernadette Godwin <bgodwin@northstar-creations.com> wrote:

Hi Anne-

I received your email about the cropped printing. Iąm so sorry about thatŠ
I asked my guys to reprint it and we will get it out to you asap.

Iąve also attached a mock up and layout of the wrap card we intend to use
for the State Map Tea Towels. I would love it if you would take a look and
let me know if you are ok with us placing your logo on the back side of
the wrap card. Also please check the copyright info as I want to make sure
it is listed as you need. Finally, just your overall creative feedback
would be great. :)

Thank you!

Regards,

Bernadette Godwin

Rooted, a division of North Star Creations, LLC.
310 Miller Road
Medford, NJ 08055

T|609.953.6973
F|609.953.6975

www.rootedusa.com
www.northstar-creations.com

bgodwin@northstar-creations.com

On 1/21/16, 8:19 AM, "Bernadette Godwin" <bgodwin@northstar-creations.com>
wrote:

Sent from my iPhone

<photo 1.JPG><photo 2.JPG><Fish-Kiss-Tea-Towel-Sleeve.pdf>

# EXHIBIT G


CHURCHILL DOWNS
COVINGTON
Maysville
Louisville
FRANKFORT
MEGA CAVERN
Lexington
Ft. Knox
Abe Lincoln
Winchester
Radcliff
BARDSTOWN
Nicholasville
OWENSBORO
ELIZABETHTOWN
Richmond
FORT BOONESBOROUGH
Paintsville
STATE
HAPPY MOTHER'S DAY
HENDERSON
Hodgenville
Danville
JACKSON
LEITCHFIELD
Madisonville
Campbellsville
Central City
Eddyville
GREENVILLE
Hazard
MANCHESTER
Hyden
GRAND RIVERS
Cave city
Columbia
Somerset
Benton
Bowling Green
GLASGOW
CORBIN
HARLAN
DANIEL BOONE NAT. FOREST
Hopkinsville
Monticello
MIDDLESBORO
Williamsburg
KENTUCKY

ROBERT A. GLEANER, P.C.
ATTORNEYS AT LAW
415 S. WHITE HORSE PIKE
AUDUBON, NJ 08106
www.ragpc.com

ROBERT A. GLEANER
ALSO MEMBER OF PA BAR

HAROLD P. GLEANER
(1927-2017)

(856) 546-8010
FAX (856) 546-8707
rob@ragpc.com

August 10, 2017

**VIA EMAIL AND REGULAR MAIL**

Emily A. Dunchuk, Esquire
45A Underwood Road
Falmouth, ME 04105

**RE:** ***My client: - North Star Creations*, LLC,**
***Your client - Anne Klein / Fish Kiss, LLC***

Dear Ms. Dunchuk:

This letter will confirm my continuing representation of North Star Creations, LLC, Eric Bernstein and Bernadette Godwin.

The information and pictures provided apparently show sales from entities who purchased product during the time of the license agreement. My client obviously has no control over when or where those products are sold.

Further, my client has not sold any product with your client's design after the conclusion of the agreement's term. Nor do they currently have any of your client's product in their possession. Accordingly, there is no accounting that needs to be provided.

I trust that this satisfies your inquiries.

Very truly yours,
ROBERT A. GLEANER, P.C.

By:________________________
Robert A. Gleaner

RAG/mrm
cc: Eric Bernstein / Bernadette Godwin