# **EXHIBIT K**


Cotton Tea Towel
100% Cotton | Made in the USA
Grand Canyon State
PHOENIX
SCOTTSDALE
TEMPE
TUCSON
ARIZONA


Cotton Tea Towel
100% Cotton | Made in the USA
AUBURN
Demopolis
ATMORE
MOBILE
Alabama
FAIRHOPE
Orange Beach
Sweet Home
The Shoals
FLORENCE
HUNTSVILLE
Scottsboro
Decatur
Cullman
Gadsden
Jasper
Fayette
Birmingham
Talladega
HOOVER

100% Cotton Material
Machine Wash Cold
Tumble Dry Low Heat
Line Dry for Best Results
No Bleach, Phosphate Free
Detergent Only.

This item is not a toy.
For decoration purpose only.

fish kiss™

for Rooted by North Star Creations

# State Map Tea Towel

100% Cotton • Made in the USA

18 in x 27 in | 45.72 cm x 68.58 cm

Contains 1 Tea Towel

**sku# FK-105**

Manufactured by:
Rooted by North Star Creations, LLC
Medford, NJ 08055
**MADE IN USA**
www.RootedMade.com

8 45622 03610 1

www.fish-kiss.com
All Rights Reserved
© Fish Kiss, LLC 2016


MADE IN AMERICA
roofed
american design, american style, american made
NorthStar
FLORIDA
The Sunshine State
Gulf of Mexico
NEW YORK
CANADA
Lake Ontario
Niagara Falls
Buffalo Check