**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| FISH KISS, LLC | : | |
| | : | |
| Plaintiff, | : | C.A. No. 17-CV-08193 |
| v. | : | |
| | : | |
| NORTH STAR CREATIONS, LLC,<br>ROOTED MADE, ROOTED USA,<br>BERNADETTE GODWIN,<br>ERIC BERNSTEIN, and<br>JOHN DOE 1-10 | : | |
| Defendants. | : | |

---

**DECLARATION OF BERNADETTE GODWIN IN SUPPORT OF DEFENDANTS' NORTH STAR CREATION'S, LLC, ROOTED MADE, ROOTED USA, BERNADETTE GODWIN, AND ERIC BERNSTEIN'S ONMIBUS MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR A MORE DEFINITE STATEMENT**

---

I, Bernadette Godwin, declare as follows:

1. My husband, Eric Bernstein and I are the owners of North Star Creation, LLC ("NSC"). I have personal knowledge as to all matters set forth herein, and if called to testify as a witness, I could and would do so. I submit this declaration in support of NSC's above-titled motion.

2. North Star creation, LLC is a small textile products Company run by me and my friend and partner Eric Bernstein in Medford, New Jersey. I have been in the textile design and fabric manufacturing and retail products business for over 20 years. For the past 11 years, I have been specifically designed fabric products. I develop products for the company and am an artist who creates various designs, typically holiday items such as Christmas stockings, pillows,

Christmas tree skirts, Christmas aprons, Christmas tea towels, everyday décor pillows, aprons, tea towels, tote bags, pouches, baby onesies, and baby swaddles.

3. NSC entered the Artist License Agreement with Anne Klein effective January 1, 2016 because we liked her designs and thought they would fit well under our "Made in the USA" Rooted Made and Rooted USA brands. NSC requested the right for a one-year exclusivity to print the "Images" on the products listed in the agreement (which the Complaint refers to as the "Fish Kiss Artwork").

4. Under the agreement, we were to make royalty payments to Anne Klein, which we did as shown in the Complaint. Also, attached as **Exhibit A** are true and correct photographs of the carbon copy check register images for checks payable to, and ultimately cashed by Anne Klein for royalty amounts due to her under the Agreement.

5. "Rooted Made" and "Rooted USA" are sub-brands that we use on products we manufacture in the United States at our Medford New Jersey location, including all of the products we sold bearing the licensed Fish Kiss Artwork.

6. NSC used two digital textile printers, located in our Medford, NJ facility, to print all of the products bearing the licensed Fish Kiss Artwork.

7. Along with Eric Bernstein, NSC had 2 fulltime employees during the time in which NSC was manufacturing products having the Fish Kiss Artwork printed on them. Those employees were Lee Cooper, the operator of the digital textile printers in NSC's New Jersey facility that printed the Fish Kiss Artwork onto products, and Isabel Johnson the lead seamstress at NSC who is responsible for overseeing all sewing production. From time-to-time, we brought in part-time seamstresses to assist with the product assembly and sewing process, and they worked under the direction of Isabel Johnson.

8. All products that we manufactured and printed the Fish Kiss Artwork on were manufactured and printed in our Medford office using our digital textile printer machines. All of the materials purchased for use in assembling products bearing the Fish Kiss Artwork were sourced in the United States.

9. Anne Klein visited our small digital textile printing facility in September 2016. None of the products NSC sold bearing the Fish Kiss Artwork were manufactured outside of the United States.

10. Attached as **Exhibit B** are true and correct photographs of our textile printers, sewing operation, and warehouse.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 10, 2017 at Medford, New Jersey.

[signature]
Bernadette Godwin

# EXHIBIT A

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ________

☐ TAX-DEDUCTIBLE ITEM

1364

11/2/16

Anne Klein

Six Hundred Thirty Three and 67/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 633 67/100 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

☑ Track your expenses...
☐ Clothing ☒ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ________

☐ TAX-DEDUCTIBLE ITEM

1304

5/16/16

Anne Klein

Eighty Three Dollars and 25/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 83 25 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

4/1-4/30 2016

[redacted]

NOT NEGOTIABLE



☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ____________

☐ TAX-DEDUCTIBLE ITEM

1305

6/2/16

Anne Klein

Two Hundred Nine Dollars 73/100

May Royalties

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 209 73 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

NOT NEGOTIABLE

...account number do not appear on this copy.



☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other: ____________

☐ TAX-DEDUCTIBLE ITEM

1310

7/11/16

Anne Klein

One Hundred Ninety Seven and 25/100

June 2016 Royalties

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 197 25 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

NOT NEGOTIABLE

...and account number do not appear on this copy.



Track your expenses...
Clothing Food Transportation
Credit Card Utilities Mortgage
Entertainment Insurance Other:
TAX-DEDUCTIBLE ITEM
1312
8-16-16
BALANCE FORWARD
THIS ITEM 120.60
BALANCE
DEPOSIT
Anne Klein
One hundred twenty & 60/100



Track your expenses...
Clothing Food Transportation
Credit Card Utilities Mortgage
Entertainment Insurance Other:
TAX-DEDUCTIBLE ITEM
1315
9/2/16
BALANCE FORWARD
THIS ITEM 333 80/100
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD
Anne Klein
Three Hundred Thirty Three 80/100
Aug 1-31 2016
[redacted]



☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:________

☐ TAX-DEDUCTIBLE ITEM

1349

4/11/16

Anne Klein

One Hundred Ninety Two and 45/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 192 45/xx |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Jan-March Royalties

[redacted]

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE



☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:________

☐ TAX-DEDUCTIBLE ITEM

1383

1/22/17

Anne Klein

Three Hundred Seventy Two dollars 90/

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 372 90/ |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

[redacted]

# EXHIBIT B




EXIT



