**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FISH KISS, LLC and ANNE KLEIN**,<br><br>Plaintiffs,<br><br>v.<br><br>**NORTH STAR CREATIONS, LLC, ROOTED MADE, ROOTEDUSA, BERNADETTE GODWIN, ERIC BERNSTEIN, and JOHN DOE 1-10**.<br><br>Defendants. | **Case No. 17-CV-08193 (JBS) (AMD)**<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>**Motion Day: Monday, May 21, 2018** |

PLEASE TAKE NOTICE that on May 21, 2018, or upon an alternate date set by this Court, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs FISH KISS, LLC and ANNE KLEIN, by and through the undersigned counsel, shall move before this Court for an order:

1) Granting Plaintiffs leave to file a Second Amended Complaint pursuant to Fed. R. Civ. Pro 15(a)(2); and
2) For such further relief as this Court may deem just and equitable.

This motion is supported by an accompanying Attorney Certification and Brief with Exhibits.

Date: April 16, 2018

***/s/ Jessie Christine Basner, Esq.***

Jessie Christine Basner, Esq.
(#021952004)
Clemente Mueller P.A.
PO Box 1296
222 Ridgedale Avenue, 2nd, Floor
Morristown, NJ 07962-1296
jbasner@cm-legal.com
973-455-8008