# **EXHIBIT D**

Fish Kiss Licensed Artwork 2016 (ending Aug 31)

**Sales**:

Tea towels, Aprons, Stockings, Skirts............$5,408.00
Pillows: ............................................................$ 660.00

**2017 Sales Estimates:**

Tea Towels, Aprons, Pillows............................$25,000.00 - $35,000.00
Stockings, Tree Skirts......................................$ 5,000.00

Fish Kiss Royalty Agreement 2017

1. Products:
    a. Continue tea towels in current format
        i. Add a secondary tea towel with portrait state illustration
    b. Continue aprons without modification to design
    c. Continue tree skirts & stockings without modification to design
    d. Pillows: if it is agreed to continue we would like to adjust the design as follows:
        i. Consider changing the white backing to a color (neutral)
        ii. Change the piping/trim color (dark or neutral)

2. Royalty adjustment:
    a. Tea Towels & Aprons: Current: 15% | 2017: 10%
    b. Stockings & Tree Skirts: Current: 15% | 2017: 15%
    c. Pillows: Current: 20% | 2017: 10%

# EXHIBIT E

www.ebay.com/itm/Christmas-Tree-Skirt-California-State-Map-54-Limited-Editi

Fish Kiss ~ Home ~... | Denver Handmade... | Electronic Copyrig... | state map dish tow... | Etsy - Shop Dashb... | Amazon.com Selle... | ET Shops for You -... | Christmas Tree Ski...

Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact **List. Sell. Get Paid.** Sell My eBay

ebay Shop by category Search... All Categories Search Adva

Back to search results | Listed in category: Home & Garden > Holiday & Seasonal Décor > Christmas & Winter > Tree Stands, Skirts & Storage






# Christmas Tree Skirt California State Map 54" Limited Edition Recycled Materials

Item condition: **New**

| Add to wat

Price: **US $89.95**

Buy It Now

Add to cart

Add to watch list

Add to collection

Free shipping | 30-day returns | New condition

**Seller information**

etshops111 (9860 ★) me

100% Positive feedback

Top Rated Plus

Follow this seller

Visit store: ET Shops for You

See other items

Shipping: **FREE** Expedited Shipping | See details

Item location: Fairport, New York, United States

Ships to: United States and many other countries | See details

Delivery: Estimated between **Tue. Apr. 18 and Fri. Apr. 21**

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER

Credit Cards processed by PayPal

PayPal CREDIT

Get more time to pay. Apply Now | See Terms



# EXHIBIT F

ebay.com

Fish Kiss ~ Home ~ Shopify | Electronic Copyright Office (eCO) | States 4-15-17 - Dropbox | State Map Pillow 16 x 12 Made in the... | Fish Kiss

Hi! Sign in or register | Daily Deals | Gift Cards | Help & Contact **List. Sell. Get Paid.** Sell | My eBay

ebay Shop by category | Search... | All Categories | Search | Advanced

Back to search results | Listed in category: Home & Garden > Home Décor > Pillows






$ Have one to sell? Sell now

# State Map Pillow 16 x 12 Made in the USA

Item condition: **New with tags**

Type: - Select -

Quantity: 1 30 available

Price: **US $39.95**

Buy It Now

Add to cart

2 watching

Add to watch list

Add to collection

Located in United States | New condition | 30-day returns

Shipping: Calculate
Item location: Fairport, New York, United States
Ships to: Worldwide See exclusions

Delivery: Varies

Payments: PayPal VISA MasterCard AMERICAN EXPRESS DISCOVER
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See Terms
See details

Add to watch list

## Seller information

etshops111 (9863 ★) me
100% Positive feedback

Top Rated Plus

Follow this seller

Visit store: ET Shops for You

See other items

UP TO 70% OFF AND FREE SHIPPING
Shop top brands ▸
ebay deals

amazon.com

Fish Kiss ~ Home ~ Sh... | Denver Handmade Ven... | Electronic Copyright O... | state map dish towels -... | Etsy - Shop Dashboard | Georgia State Map Kitc... | Amazon.com: Florida S...

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Prime

ET Shops For You

5% Back at Amazon.com & rewards everywhere

Departments | Browsing History | Anne's Amazon.com | Today's Deals | Gift Cards & Registry | Sell | EN | Hello, Anne Account & Lists | Orders | Prime | 0 Cart

Home & Kitchen | Best Sellers | Shop by Room | Bedding & Bath | Home Décor | Artwork | Storage | Vacuums & Floor Care | Heating & Cooling | Furniture | Kitchen & Dining

‹ Back to results




Roll over image to zoom in

Rooted

# Florida State Map Pillow 18 x 18

Be the first to review this item

Price: $44.00 Prime

Only 2 left in stock - order soon.

**Want it Monday, April 17?** Order within 4 hrs 48 mins and choose **One-Day Shipping** at checkout. Details

Sold by ET Shops For You and Fulfilled by Amazon. Gift-wrap available.

- 100% Cotton
- Florida State Map Pillow 18 x 18 inches
- Fabric, sewing and pillow insert are all made in the USA!
- 100% Cotton
- Fun and Colorful Gift for anyone who loves Florida
- More States Available

**New** (1) from $44.00 Prime

Report incorrect product information.

Freshen up your space for spring Shop now ›

Share

Qty: 1

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

Anne Klein- Erie - 80516

Add to List

Add to your Dash Buttons



Celine Linen

Celine Linen Best, Softest, Coziest Bed Sheets Ever 1800 Thread Count ...

## Special offers and product promotions