# EXHIBIT K


Cotton Tea Towel
100% Cotton | Made in the USA
Grand Canyon State
PHOENIX
SCOTTSDALE
TEMPE
TUCSON
ARIZONA
Grand Canyon State


rooted
Cotton Tea Towel
100% Cotton | Made in the USA
Alabama
AUBURN
Demopolis
MOBILE
FAIRHOPE
Orange Beach
The Shoals
FLORENCE
HUNTSVILLE
Scottsboro
Decatur
Sweet Home
Cullman
Gadsden
Jasper
Fayette
Birmingham
Talladega
HOOVER

100% Cotton Material
Machine Wash Cold
Tumble Dry Low Heat
Line Dry for Best Results
No Bleach, Phosphate Free
Detergent Only.

This item is not a toy.
For decoration purpose only.

fish kiss™

for Rooted by North Star Creations

# State Map Tea Towel

100% Cotton • Made in the USA

18 in x 27 in | 45.72 cm x 68.58 cm

Contains 1 Tea Towel

**sku# FK-105**
Manufactured by:
Rooted by North Star Creations, LLC
Medford, NJ 08055
**MADE IN USA**
www.RootedMade.com

8 45622 03610 1

www.fish-kiss.com
All Rights Reserved
© Fish Kiss, LLC 2016


NEW YORK
CANADA
FLORIDA

# EXHIBIT L




ORIGINAL FISH KISS KENTUCKY ARTWORK DESIGN




INFRINGING KENTUCKY ARTWORK DESIGN

# EXHIBIT M


Crafted in
the USA
RN#14499-PA
100% Cotton
Machine Wash
Gentle Detergent
Cold Water
Hang Dry
Do Not Bleach
©Fish Kiss, LLC
Erie, CO 80516
MADE IN USA
fish-kiss.com


TEXAS
New!
fish kiss
Designed in Colorado
Hand Crafted in the USA
FLORIDA
NEW YORK
KENTUCKY

**Jessie Basner - Fwd: CANVAS10NOGD**

**From:** Anne Klein <anne@fish-kiss.com>
**To:** Jessie Basner <jbasner@cm-legal.com>, Emily Danchuk <Eadanchuk@gmail.com>
**Date:** 4/16/2018 5:10 PM
**Subject:** Fwd: CANVAS10NOGD

Begin forwarded message:

**From:** [redacted]>
**Subject: RE: CANVAS10NOGD**
**Date:** April 4, 2018 at 4:28:39 PM MDT
**To:** Anne Klein <anne@fish-kiss.com>

Hi Anne,

Great to hear from you!

Unfortunately, we do not have any canvas fabrics that are Made in the USA. This is due to the lack of woven mills that exist in the USA today.

If you have any additional questions, please let me know and Iâ€™ll be happy to help.

Have a wonderful evening!

Best,
[redacted]

---

**From:** Anne Klein [mailto:anne@fish-kiss.com]
**Sent:** Wednesday, April 04, 2018 1:21 PM
**To:** [redacted]>
**Subject:** CANVAS10NOGD

Hi Katy,

Quick question, is your canvas material (item in subject line) in both optic white and white also milled in the U.S.A.?

Iâ€™ll probably need to place another order for organic interlock knit soon.

Regards,
Anne

Anne Klein
Owner & Designer
anne@fish-kiss.com
www.fish-kiss.com

[redacted]