UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN

Proceeding Date: May 16, 2018

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**
**FISH KISS LLC, et al**
v.
**NORTH STAR CREATIONS, LLC, et al**

**DOCKET NO. 17cv8193(JBS/AMD)**

**APPEARANCES:**
Jessie Basner, Esq. and Emily Danchuk, Esq. for plaintiffs
Robert McKinley, Esq. for defendants

**NATURE OF PROCEEDINGS:** Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 11:01 a.m. Time Adjourned: 11:10 a.m. Total time: 9 mins.