IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FISH KISS LLC & ANNE KLEIN,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH STAR CREATIONS, LLC; ROOTED MADE; ROOTEDUSA; BERNADETTE GODWIN; ERIC BERNSTEIN; and JOHN DOES 1-10,<br><br>Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action No.<br>17-8193 (JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court on: Defendants' Motion to Dismiss ("First Motion to Dismiss") [Docket Item 13] and Defendants' Motion to Dismiss ("Second Motion to Dismiss") the Second Amended Complaint ("SAC") [Docket Item 51]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **13th** day of **August**, **2018** hereby

ORDERED that the First Motion to Dismiss shall be **DISMISSED as moot**; and it is further

ORDERED that the Second Motion to Dismiss shall be **GRANTED as to Count 8** (N.J. Consumer Fraud Act) and **DENIED** as to all other counts; and it is further

ORDERED that Defendants shall file their answer to Counts 1-7 of Plaintiffs' Second Amended Complaint, not later than fourteen (14) days from the entry of this Order.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge