**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **FISH KISS, LLC and ANNE KLEIN,** | : | **Case No. 17-CV-08193 (JBS) (AMD)** |
| **Plaintiffs,** | : | |
| **v.** | : | |
| **NORTH STAR CREATIONS, LLC, ROOTED MADE, ROOTEDUSA, BERNADETTE GODWIN, ERIC BERNSTEIN, and: JOHN DOE 1-10,** | : | **ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIMS** |
| **Defendants.** | : | |

Plaintiffs Fish Kiss, LLC and Anne Klein (hereinafter "Plaintiffs"), by and through their undersigned attorneys, Clemente Mueller, P.A., hereby answers the Counterclaims of Defendant North Star Creations, LLC (hereinafter "Defendant") as follows: Except as herein expressly admitted, qualified or otherwise answered Plaintiffs deny each and every allegation and assertion made in the Counterclaim.

The Paragraphs that follow align to the numbered paragraphs of Defendant's Counterclaims:

## COUNTERCLAIMS

*Parties*

1. In response to Paragraph 1 of the Counterclaims, Plaintiffs are without sufficient information to respond, and on that basis deny the allegations.

2. In response to Paragraph 2, Plaintiffs admit the allegations, although they deny that Defendant is entitled to any of the relief sought.

3. In response to Paragraph 3, Plaintiffs admit the allegations, although they deny that Defendant is entitled to any of the relief sought.

*Jurisdiction and Venue*

4. In response to Paragraph 4, Plaintiffs admit the allegations, although they deny that Defendant is entitled to any of the relief sought.

COUNTERCLAIM – COUNT – I

(TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIP)

5. In response to Paragraph 5, there are no factual allegations to admit or deny.

6. In response to Paragraph 6, Plaintiffs admit the allegations, although they deny that Defendant is entitled to any of the relief sought.

7. In response to Paragraph 7, Plaintiffs are without sufficient knowledge or information to respond, and on that basis deny the allegations.

8. In response to Paragraph 8, Plaintiffs deny the allegations.

9. In response to Paragraph 9, Plaintiffs deny the allegations.

10. In response to Paragraph 10, Plaintiffs deny the allegations.

11. In response to Paragraph 11, Plaintiffs deny the allegations.

12. In response to Paragraph 12, Plaintiffs deny the allegations.

COUNTERCLAIM – COUNT II

(DEFAMATION)

13. In response to Paragraph 13, there are no factual allegations to admit or deny.

14. In response to Paragraph 14, Plaintiffs are without sufficient knowledge or information to respond, and on that basis deny the allegations.

15. In response to Paragraph 15, Plaintiffs deny the allegations.

16. In response to Paragraph 16, Plaintiffs deny the allegations.

17. In response to Paragraph 17, Plaintiffs are without sufficient knowledge or information to respond, and on that basis deny the allegations.

18. In response to Paragraph 18, Plaintiffs deny the allegations.

19. In response to Paragraph 19, Plaintiffs deny the allegations.

20. In response to Paragraph 20, Plaintiffs deny the allegations.

21. In response to Paragraph 21, Plaintiffs deny the allegations.

**AFFIRMATIVE DEFENSES**

Without admitting or acknowledging that it bears any burden of proof as to any of them or their respective elements, Plaintiffs assert the following Affirmative Defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

22. Defendant's Counterclaims, and each purported claim for relief contained therein, fail to state any claim upon which relief may be granted. Plaintiffs allege that they are not liable for any claim alleged herein, that Defendant has sustained no loss or damages as a result of Plaintiffs' alleged conduct, and that Plaintiffs are not liable for any claim alleged by Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(Acted in Good Faith)**

23. Plaintiffs allege that at all times relevant herein, they acted in good faith and have no reason to believe in the existence of facts as alleged and complained of in the Counterclaims.

**THIRD AFFIRMATIVE DEFENSE**

**(Waiver, Estoppel, and Acquiescence)**

24. Defendant's Counterclaims are all barred by the doctrines of waiver, estoppel, and acquiescence.

**FOURTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

25. Defendant's claims are all barred by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

26. The remedies sought by the claims for relief are limited or precluded by Defendant's failure to mitigate its losses.

**SIXTH AFFIRMATIVE DEFENSE**

**(Contributory/Comparative Negligence and Assumption of Risk)**

27. Defendant's injuries were caused by its own contributory/comparative negligence and/or assumption of the risk by modifying Plaintiffs' designs and packaging without authorization and committing copyright infringement.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Acts of Third Parties)**

28. Defendant is not entitled to any recovery against Plaintiffs because any harm incurred by Defendant was the result of conduct by third parties for whom Plaintiffs were not responsible.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Acts and Omissions)**

29. Defendant is not entitled to any recovery against Plaintiffs because Defendant assumed all risks and/or caused or contributed to the alleged injuries or damages by its own negligent, intentional, willful, or bad faith acts and omissions.

**NINTH AFFIRMATIVE DEFENSE**

**(Consent)**

30. Defendant's claims are all barred because Defendant expressly or impliedly consented to Plaintiffs' actions.

**TENTH AFFIRMATIVE DEFENSE**

**(Ratification)**

31. Defendant's claims are all barred by the doctrines of acquiescence and/or ratification as a result of the acts or omissions of Defendant or others that are attributable to Defendant.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(No Wrongful Act)**

32. Defendant's claims are all barred because Plaintiffs have not engaged in any unlawful, unfair, or inequitable business practices; rather its conduct was at all times proper, justified,

privileged, and performed in the exercise of absolute rights granted to it by the laws and institutions of the United States government.

**TWELFTH AFFIRMATIVE DEFENSE**

**(No Irreparable Harm)**

33. Defendant has not suffered any irreparable harm and injunctive relief is unwarranted.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Injury or Damages)**

34. Plaintiff alleges that Defendant has sustained no loss or damages as a result of Plaintiffs' alleged conduct.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

35. Defendant is barred from recovery in whole or in part because it would be unjustly enriched if it is permitted to recover on its Counterclaims.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Additional Defenses)**

36. Plaintiffs expressly reserve all rights to amend this answer to assert additional affirmative defenses as may become appropriate as discovery and factual and legal research are conducted.

**WHEREFORE**, Plaintiffs pray that Defendant's Counterclaims be denied, that judgment be entered in favor of Plaintiffs, that Defendant take nothing, and that Plaintiffs be awarded their costs and attorneys' fees, as well as any further relief requested in the Second Amended Complaint and/or that the Court may deem just and proper.

Dated: September 4, 2018

CLEMENTE MUELLER, P.A.

By: *___/s/ Jessie Christine Basner___*

Jessie Christine Basner, Esq.
(#021952004)
P.O. Box 1296
222 Ridgedale Avenue, Floor 2
Morristown, NJ 07827
Telephone: (973) 455-8008
Facsimile: (973) 455-8118
Email: jbasner@cm-legal.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| FISH KISS, LLC and ANNE KLEIN, | : | Case No. 17-CV-08193 (JBS) (AMD) |
| Plaintiff, | : | |
| v. | : | |
| NORTH STAR CREATIONS, LLC, ROOTED MADE, ROOTEDUSA, BERNADETTE GODWIN, and ERIC BERNSTEIN, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018 I served **PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIMS** on all registered parties to the action by causing it to be filed on the Court's ECF system and by email to:

Robert A. McKinley, Esq.
LAULETTA BIRNBAUM
591 Mantua Blvd., Suite 200
Sewell, NJ 08080
Email: RMcKinley@lauletta.com
*Attorney for Defendants*

Dated: September 4, 2018

*/s/ Jessie Christine Basner*
Jessie Christine Basner, Esq.
Clemente Mueller, PA