CLEMENTE MUELLER

New Jersey | New York | Pennsylvania
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.CM-LEGAL.COM

POST OFFICE BOX 1296
MORRISTOWN, NEW JERSEY 07962-1296

TEL: 973.455.8008
FAX: 973.455.8118

MESSENGER/EXPRESS DELIVERIES:
222 RIDGEDALE AVENUE
2ND FLOOR
CEDAR KNOLLS, NEW JERSEY 07927

NEW YORK OFFICE
43 WEST 43RD STREET
SUITE 156
NEW YORK, NY 10036-7424
TEL: 212.425.5005

PENNSYLVANIA OFFICE
BNY MELLON CENTER
1735 MARKET STREET
SUITE 3750
PHILADELPHIA, PA 19103
TEL: 215.568.2130

**Matthew H. Mueller**
NJ, NY & PA Bars
mmueller@cm-legal.com

October 19, 2018

**VIA ECF**
Honorable Ann Marie Donio
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE: Fish Kiss, LLC and Anne Klein v. North Star Creations, LLC, et. al.
Civil No. 17-8193 (JBS)(AMD)

Dear Sir/Madam:

We write to respectfully request an additional extension of time to file dispositive motions in this case. The current deadline to file dispositive motions is October 26, 2018, and the parties are still exploring settlement of this matter and Plaintiffs are still awaiting definitive word vis-à-vis Defendant North Star Creation's intention to file for bankruptcy or otherwise wind down corporate affairs. Defendants' counsel has consented to our request for this extension.

Thank you for consideration of our request; should you need any further information, please have your clerk contact me.

Respectfully yours,

**CLEMENTE MUELLER, P.A.**

/s/ Matthew H. Mueller

MHM:djf

CC: All Parties (via ECF)