CLEMENTE MUELLER
New Jersey | New York | Pennsylvania
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.CM-LEGAL.COM

POST OFFICE BOX 1296
MORRISTOWN, NEW JERSEY 07962-1296

TEL: 973.455.8008
FAX: 973.455.8118

MESSENGER/EXPRESS DELIVERIES:
222 RIDGEDALE AVENUE
2ND FLOOR
CEDAR KNOLLS, NEW JERSEY 07927

NEW YORK OFFICE
43 WEST 43RD STREET
SUITE 156
NEW YORK, NY 10036-7424
TEL: 212.425.5005

PENNSYLVANIA OFFICE
BNY MELLON CENTER
1735 MARKET STREET
SUITE 3750
PHILADELPHIA, PA 19103
TEL: 215.568.2130

**Matthew H. Mueller, Partner**
NJ, NY & PA Bars
mmueller@cm-legal.com

January 14, 2019

**VIA ECF**
Honorable Ann Marie Donio
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE: Fish Kiss, LLC and Anne Klein v. North Star Creations, LLC, et. al.
Civil No. 17-8193 (JBS)(AMD)

Dear Judge Donio:

We write to update your Honor on developments in this matter. As you know, Plaintiffs' counsel has requested numerous extensions for the filing of dispositive motions in this matter, and Your Honor has granted each one. At present, the parties are negotiating a settlement of the instant litigation, to include a consent judgment on the part of Defendant North Star Creations, LLC, since that company is apparently defunct and either winding down or entering bankruptcy proceedings. Accordingly, Plaintiffs request that one further fourteen day extension to file dispositive motions. We note that the parties are confident that settlement will be successfully negotiated.

Thank you for consideration of our request; should you need any further information, please have your clerk contact me.

Respectfully submitted,

**CLEMENTE MUELLER, P.A.**

s/ Matthew H. Mueller

cc: All parties via ECF