CLEMENTE MUELLER
New Jersey | New York | Pennsylvania
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.CM-LEGAL.COM

POST OFFICE BOX 1296
MORRISTOWN, NEW JERSEY 07962-1296

TEL: 973.455.8008
FAX: 973.455.8118

MESSENGER/EXPRESS DELIVERIES:
222 RIDGEDALE AVENUE
2ND FLOOR
CEDAR KNOLLS, NEW JERSEY 07927

NEW YORK OFFICE
43 WEST 43RD STREET
SUITE 156
NEW YORK, NY 10036-7424
TEL: 212.425.5005

PENNSYLVANIA OFFICE
BNY MELLON CENTER
1735 MARKET STREET
SUITE 3750
PHILADELPHIA, PA 19103
TEL: 215.568.2130

**Matthew H. Mueller, Partner**
NJ, NY & PA Bars
mmueller@cm-legal.com

February 5, 2019

**VIA ECF**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE: Fish Kiss, LLC and Anne Klein v. North Star Creations, LLC, et. al.
Civil No. 17-8193 (JBS)(AMD)

Dear Judge Donio:

This correspondence is to inform that the above-captioned matter has been settled. A Consent Judgment and any other pleadings necessary to dismiss the matter shall be submitted forthwith.

Thank you for your consideration of this matter.

Respectfully submitted,

**CLEMENTE MUELLER, P.A.**

s/ Matthew H. Mueller

cc: All parties via ECF