CLEMENTE MUELLER

New Jersey | New York | Pennsylvania
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.CM-LEGAL.COM

POST OFFICE BOX 1296
MORRISTOWN, NEW JERSEY 07962-1296

TEL: 973.455.8008
FAX: 973.455.8118

MESSENGER/EXPRESS DELIVERIES:
222 RIDGEDALE AVENUE
2ND FLOOR
CEDAR KNOLLS, NEW JERSEY 07927

NEW YORK OFFICE
43 WEST 43RD STREET
SUITE 156
NEW YORK, NY 10036-7424
TEL: 212.425.5005

PENNSYLVANIA OFFICE
BNY MELLON CENTER
1735 MARKET STREET
SUITE 3750
PHILADELPHIA, PA 19103
TEL: 215.568.2130

**Matthew H. Mueller, Partner**
NJ, NY & PA Bars
mmueller@cm-legal.com

February 21, 2019

**VIA ECF**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE: Fish Kiss, LLC and Anne Klein v. North Star Creations, LLC, et. al.
Civil No. 17-8193 (JBS)(AMD)

Dear Judge Donio:

The above-captioned matter has been settled. The parties have agreed to the entry of a consent judgment, which is attached hereto. If the Consent Judgment meets with the Court's approval, we request that it be signed and entered.

Thank you for your consideration of this matter.

Respectfully submitted,

**CLEMENTE MUELLER, P.A.**

s/ Matthew H. Mueller

cc: All parties via ECF