**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **FISH KISS, LLC and ANNE KLEIN,** <br> **Plaintiff,** <br> **v.** <br> **NORTH STAR CREATIONS, LLC, ROOTED MADE, ROOTEDUSA, BERNADETTE GODWIN, ERIC BERNSTEIN, and: JOHN DOE 1-10,** <br> **Defendants.** | **Case No. 17-CV-08193 (JBS) (AMD)** <br><br> **CONSENT JUDGMENT** |

**WHEREAS**, Plaintiffs Fish Kiss, LLC and Anne Klein ("Plaintiffs") filed their Second Amended Complaint in this lawsuit on May 14, 2018, alleging that Defendants North Star Creations, LLC, alternatively doing business as "Rooted Made" and "RootedUSA," Bernadette Godwin, and Eric Bernstein ("Collective Defendants") violated U.S. Copyright laws (17 U.S.C. 101 *et seq.*), breached a license agreement between Plaintiffs and Defendants (collectively "the Parties"), violated the Lanham Act (15 U.S.C. 1051 et. seq.), violated New Jersey Consumer Fraud Act;

**WHEREAS**, this Court dismissed Plaintiff's claim under the New Jersey Consumer Fraud Act (Count VIII of the Second Amended Complaint), and Defendants filed an Answer and Affirmative Defenses to the Second Amended Complaint and Counterclaims on August 27, 2018;

**WHEREAS**, Plaintiffs and the individual defendants Bernadette Godwin and Eric Bernstein have since settled the claims between them;

**WHEREAS**, the parties acknowledge that named Defendants Rooted Made, and Rooted USA are brands used by NSC and are not proper Defendants in this action;

**WHEREAS**, Defendants have informed Plaintiffs that Defendant North Star Creations, LLC ("NSC") has ceased doing business, is insolvent and is either winding down its business or entering bankruptcy proceedings, and that, as a result, NSC desires to consent to judgment against it solely because it serves no practical purpose to continue to defend the allegations in the Complaint;

**WHEREAS**, Plaintiffs and NSC have agreed to resolve the remaining claims between them without the need for further litigation;

**WHEREAS**, Defendant NSC, by its attorneys, has consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law, and to waive any appeal if the Consent Judgment is entered as submitted by the Parties;

**WHEREAS**, Defendant NSC, by entering into this Consent Judgment, does not admit any allegations other than those facts of the Complaint;

**WHEREAS**, the intention of Plaintiffs in effecting this Consent Judgment is to remediate harms allegedly resulting from the alleged unlawful conduct of Defendants; and

**WHEREAS,** any money damages that may be Ordered against NSC by this Court shall not be enforceable against, pursued for collection from, or collected from Defendant's Bernadette Godwin and/or Eric Bernstein in their individual capacities;

**NOW THEREFORE**, without trial or adjudication of issues of fact or law and upon consent of Defendant NSC, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that it is on this _______ day of _______________, 2019, **ORDERED, ADJUDGED AND DECREED**:

1. Judgment be and is hereby entered in favor of Plaintiffs Fish Kiss, LLC and Anne Klein and against Defendant North Star Creations, LLC.

IT IS FURTHER ORDERED that Plaintiff may petition the Court for a hearing, upon proof, of any alleged monetary damages against Defendant NSC;

IT IS FURTHER ORDERED that all injunctive relief as requested in Plaintiffs' operative Prayer for Relief is granted as against Defendant North Star Creations, LLC; and

IT IS FURTHER ORDERED that a copy of this order shall be served upon all parties not receiving notices via ECF within seven (7) days of its entry.

SO ORDERED this _______ of _______________, 2019.

_________________________________,U.S.D.J.

Approved as to form and content:

Robert A. McKinley
LaulettaBirnbaum, LLC
591 Mantua Boulevard, Suite 200
Sewell, NJ 08080
Counsel for Defendants North Star Creations, LLC, alternatively doing business as "Rooted Made" and "RootedUSA," Bernadette Godwin, and Eric Bernstein

Emily A. Danchuk
Danchuk Law, LLC
2 Victoria Lane
Falmouth, Maine 04105
Counsel for Plaintiffs Fish Kiss LLC and Anne Klein

Matthew H. Mueller
Clemente Mueller P.A.
PO Box 1296
222 Ridgedale Avenue, 2nd, Floor
Morristown, NJ 07962-1296
Counsel for Plaintiffs Fish Kiss LLC and Anne Klein

Eric Bernstein
President, North Star Creations, LLC, doing business as "Rooted Made" and "RootedUSA"

Bernadette Goodwin
Vice President, North Star Creations, LLC, doing business as "Rooted Made" and "RootedUSA"