**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FISH KISS, LLC and ANNE KLEIN,

Plaintiff,

v.

NORTH STAR CREATIONS, LLC, ROOTED MADE, ROOTEDUSA, BERNADETTE GODWIN, ERIC BERNSTEIN, and: JOHN DOE 1-10,

Defendants.

Case No. 17-CV-08193 (JBS) (AMD)

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal, with prejudice and without costs, of the claims asserted in this action as against Bernadette Godwin and Eric Bernstein.

DATED at Morrison, New Jersey this 22nd day of February, 2019.

Respectfully submitted,

Robert A. McKinley, Esquire
Lauletta Birnbaum, LLC
591 Mantua Boulevard, Suite 200
Sewell, New Jersey 08080
(856) 232-1600
rmckinley@lauletta.com

*Attorneys for Defendants*

Matthew H. Mueller, Esquire
Clemente Mueller P.A.
P.O. Box 1296
222 Ridgedale Avenue, Floor 2
Morristown, NJ 07827
(973) 455-8008
mmueller@cm-legal.com

*Attorneys for Plaintiffs*

**So Ordered this 5th day of March, 2019**

Jerome B. Simandle, U.S. District Judge